OPINION — AG — ** COUNTY COMMISSIONERS — LEASE — PROPERTY ** THE BOARD OF COUNTY COMMISSIONERS OF COAL COUNTY HAVE THE AUTHORITY TO LEASE THE REAL ESTATE IN QUESTION FOR A PERIOD OF 99 YEARS. (SELL, LEASE, LAND, AUTHORITY) CITE: 19 O.S. 1 [19-1], 19 O.S. 339 [19-339], 19 O.S. 121 [19-121], OPINION NO. MARCH 22, 1937 — ECKLER, OPINION NO. NOVEMBER 5, 1948 — EDMONSON (JAMES P. GARRETT)